# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

GOLDEN R. STOWERS                                                                                       PLAINTIFF

v.                                        No. 1:17CV00129-JLH

NANCY A. BERRYHILL, Deputy
Commissioner for Operations, performing
the duties and functions not reserved to
the Commissioner of Social Security                                                                     DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Document #13. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE