# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

GOLDEN R. STOWERS                                                 PLAINTIFF

v.                  No. 1:17CV00129-JLH

NANCY A. BERRYHILL, Deputy
Commissioner for Operations, performing
the duties and functions not reserved to
the Commissioner of Social Security                           DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 18th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE